**STATE of Missouri, Respondent,**

v.

**Wesley WILLIAMS, Appellant.**

**No. WD 35726.**

Missouri Court of Appeals,
Western District.

Nov. 27, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 29, 1985.

Application to Transfer Denied Feb. 26, 1985.

James W. Fletcher, Public Defender, Lee M. Nation, Sp. Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

## ORDER

**PER CURIAM.**

Defendant appeals from a conviction for fraudulent use of a credit card, Section 570.130, RSMo 1978, and a sentence to five years' imprisonment. Affirmed. Rule 30.-25(b).